**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jon Loevy, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:26–cv–03667
                                                            Honorable Jeremy C. Daniel

Leonard Tannenbaum, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 8, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: Dkt. No. 18 is denied as moot in light of the amended complaint, Dkt. No. 32. The Court strikes the schedule set in Dkt. No. 21. Motion to dismiss [36] is briefed as follows: response is due on or before 6/29/2026, any reply is due on or before 7/7/2026. Status hearing set for 8/19/2026 at 9:30 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.