## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jon Loevy, et al.

                                  Plaintiff,

v.                                                    Case No.: 1:26–cv–03667
                                                      Honorable Jeremy C. Daniel

Leonard Tannenbaum, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

       MINUTE entry before the Honorable Jeremy C. Daniel: Briefing on the defendants' motion for sanctions [41] will be held in abeyance. The Court will take up the motion after addressing the pending motion to dismiss [36]. The July 7, 2026, motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.